PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 17 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| United States of America | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | Case No. 2:12CR02041-WFN-001 |
| | ) | |
| Richard Issaac Hernandez | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Richard Issaac Hernandez, have discussed with James A. Moon, Pretrial Services/Probation Officer, modification of my release as follows:

Add condition 18 requiring the defendant to refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. The defendant is not to use or possess marijuana should he now possess or ever obtain a medical marijuana card. All other conditions of release remain in effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  06-25-12      _____  6-29-12
Signature of Defendant   Date           Pretrial Services/Probation   Date
                                         Officer

I have reviewed the request and concur that this modification is appropriate.

_____                  7-11-12
Signature of Defense Counsel             Date

I have reviewed the request and do not object to the modification.

_____                  7/13/12
Signature of Assistant U.S. Attorney     Date

Richard Issaac Hernandez
Consent to Modify Conditions of Release
Page 2

## CAUSE

The defendant appeared out of custody for his arraignment on June 13, 2012, and he was released on his personal recognizance with conditions for pretrial release, without the benefit of a pretrial services report. The Court did impose an alcohol to excess restriction, substance abuse screening/evaluation and treatment, and urinalysis testing, but did not impose a no drug condition. The defendant completed a screening process with this officer during his intake interview on June 14, 2012. This officer is now respectfully recommending the above condition be added.

Respectfully submitted,

by  James A. Moon
U.S. Probation Officer
Dated: June 22, 2012

---

THE COURT ORDERS:

[X]  The above modification of conditions of release is ordered, to be effective on 7/17/12.

[ ]  The above modification of conditions of release is not ordered.

James P. Hutton                    7/17/12
Signature of Judicial Officer      Date